IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT PETERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 7:08CV5010 |
| | ) | |
| **UNION PACIFIC RAILROAD** | ) | **BRIEFING SCHEDULE** |
| **COMPANY and JOSEPH GOOSEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    Defendant, Joseph Goosey, has filed an objection to the proposed subpoena duces tecum to be served on his liability insurance carrier, Allied Insurance, by codefendant Union Pacific Railroad Company.

    **IT IS ORDERED** that Union Pacific shall file its response to the Objection (Doc. 24) no later than March 24, 2009. Defendant Goosey may file a reply brief within five (5) business days of Union Pacific's response. The objection will be deemed submitted upon the expiration of this briefing schedule.

    **DATED March 12, 2009.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**