IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT PETERSON, | ) | Case No. 7:08cv5010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY and JOSEPH GOOSEY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by the law office of William J. McMahon, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **September 21, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for August 24, 2009, is cancelled upon the representation that this case is settled.

Dated this 21st day of August 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge