IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT PETERSON,** | ) | **CASE NO. 7:08CV5010** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **OF DISMISSAL** |
| **UNION PACIFIC RAILROAD** | ) | |
| **COMPANY, and JOSEPH GOOSEY,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice as to Defendant Joseph Goosey (Filing No. 39). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 39) is approved;

2. The Complaint and all claims in this action as against the Defendant, Joseph Goosey, are dismissed with prejudice;

3. The complete record is waived; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 16th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge